IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 09-31575 |
| | ) Chapter 7 |
| EUGENE PARKER FADELEY | ) |
| | ) |
| MARGARET LOURINE FADELEY | ) |
| | ) |
| Debtor s | |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

The undersigned Trustee filed a Report of No Distribution in this case on July 25, 2009. Mr. Fadeley died on July 28, 2009. The Trustee hereby withdraws his Report in order to perform additional trustee duties.

DATED this 15th day of August, 2009.

Larry M. Stiles, Trustee
223 East Boulevard
Charlotte, NC  28203
Telephone:  (704) 376-1744
Facsimile:  (704) 943-3944