UNITED STATES BANKRUPTCY COURT

FOR THE

WESTERN DISTRICT OF NORTH CAROLINA

Bankruptcy Case No. **09-31575**

In re:

**EUGENE PARKER FADELEY**

**MARGARET LOURINE FADELEY**

Taxpayer ID No. 54-6876240

Debtor(s)

_____

TRUSTEE'S REPORT OF DEPOSIT/INVESTMENT OF ESTATE FUNDS

I, Larry M. Stiles, the duly qualified and acting trustee herein, respectfully represents:

1. Trustee has received $70,000.00 representing all current funds of the estate of the above named debtor. He has opened an account for the estate at Bank of America, N.A., Atlanta, Georgia, and deposited the monies so received into that account on 11-12-09.

2. The deposit in the Bank is fully insured by the Federal Deposit Insurance Corporation, an instrumentality of the United States.

Dated this the 12th day of November, 2009

Larry M. Stiles, Trustee