**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** NORTH CAROLINA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FADELEY, EUGENE PARKER | § | Case No. 09-31575 |
| FADELEY, MARGARET LOURINE | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/18/2009 . The undersigned trustee was appointed on 06/20/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 70,018.50

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 70,018.50 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/30/2009 and the deadline for filing governmental claims was 12/15/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,639.33 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,639.33 , for a total compensation of $ 6,639.33 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 25.00 , for total expenses of $ 25.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2010 By:/s/LARRY MICHAEL STILES
Trustee

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No: 09-31575 JCW Judge: J. CRAIG WHITLEY

Case Name: FADELEY, EUGENE PARKER
FADELEY, MARGARET LOURINE

For Period Ending: 11/03/10

Trustee Name: LARRY MICHAEL STILES

Date Filed (f) or Converted (c): 06/18/09 (f)

341(a) Meeting Date: 07/22/09

Claims Bar Date: 11/30/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 18.50 | FA |
| 2. CASH ON HAND | 96.00 | 0.00 | | 0.00 | 0.00 |
| 3. CITIZENS SOUTH BUSINESS CHECKING (ACCOUNT ENDING I | 554.03 | 0.00 | | 0.00 | 0.00 |
| 4. CITIZENS SOUTH CHECKING (ACCOUNT ENDING IN 5473) | 3,952.39 | 0.00 | | 0.00 | 0.00 |
| 5. SECURITY DEPOSIT WITH LANDLORDS TED AND ESTHER PAY | 1,300.00 | 0.00 | | 0.00 | 0.00 |
| 6. HOUSEHOLD GOODS: KITCHEN APPLIANCES $200.00; MISC | 1,510.00 | 0.00 | | 0.00 | 0.00 |
| 7. MISCELLANEOUS CLOTHING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 8. MISCELLANEOUS COSTUME JEWELRY | 30.00 | 0.00 | | 0.00 | 0.00 |
| 9. WEDDING RINGS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 10. TERM LIFE INSURANCE POLICY, HUSBAND IS BENEFICIARY | 1.00 | 0.00 | | 0.00 | 0.00 |
| 11. TERM LIFE INSURANCE POLICY, WIFE IS BENEFICIARY | 1.00 | 67,354.99 | | 70,000.00 | FA |
| 12. 100% OWNERSHIP INTEREST IN LOW RATES NOW (SOLE PRO | 1.00 | 0.00 | | 0.00 | 0.00 |
| 13. 100% OWNERSHIP INTEREST IN STITCHES AND SAWDUST (S | 1.00 | 0.00 | | 0.00 | 0.00 |
| 14. WACHOVIA SECURITIES STOCK PORTFOLIO (CONSISTS OF 1 | 1,100.00 | 0.00 | | 0.00 | 0.00 |
| 15. AUTHORSHIP OF BOOKS: REVELATION: KINGDOMS IN CONFL | 1.00 | 0.00 | | 0.00 | 0.00 |
| 16. OWNERSHIP OF DOMAIN NAME WWW.RUSTIC-COUNTRY-WOOD-G | 1.00 | 0.00 | | 0.00 | 0.00 |
| 17. OWNERSHIP OF THE FOLLOWING INTERNET DOMAIN NAMES: | 42.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2002 HONDA ODYSSEY EX VAN, 86,356 MILES, CARMAX AP | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 19. 2003 LEXUS LS430, 65,500 MILES, NADA RETAIL VALUE | 20,950.00 | 0.00 | | 0.00 | 0.00 |
| 20. COMPUTER AND DESK USED FOR BUSINESSES | 675.00 | 0.00 | | 0.00 | 0.00 |
| 21. INVENTORY FOR STITCHES AND SAWDUST | 2,000.00 | 0.00 | | 0.00 | 0.00 |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $37,915.42 | $67,354.99 | | $70,018.50 | $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/10 Current Projected Date of Final Report (TFR): 11/01/10

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Case No: 09-31575 JCW Judge: J. CRAIG WHITLEY
Case Name: FADELEY, EUGENE PARKER
FADELEY, MARGARET LOURINE

Trustee Name: LARRY MICHAEL STILES
Date Filed (f) or Converted (c): 06/18/09 (f)
341(a) Meeting Date: 07/22/09
Claims Bar Date: 11/30/09

/s/ LARRY MICHAEL STILES
________________________________ Date: 11/03/10
LARRY MICHAEL STILES

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 09-31575 -JCW
Case Name: FADELEY, EUGENE PARKER
FADELEY, MARGARET LOURINE
Taxpayer ID No: *******6240
For Period Ending: 11/03/10

Trustee Name: LARRY MICHAEL STILES
Bank Name: BANK OF AMERICA
Account Number: *******1509 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 800,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 11/12/09 | 11 | MARGARET L. FADELEY<br>9304 BROOKHILL CT<br>WAXHAW, NC 28173-9033 | LIFE INSURANCE PROCEEDS | 70,000.00 | | 70,000.00 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1.43 | | 70,001.43 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 2.97 | | 70,004.40 |
| 01/29/10 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 2.97 | | 70,007.37 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 2.69 | | 70,010.06 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 2.97 | | 70,013.03 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 2.88 | | 70,015.91 |
| 05/28/10 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 2.59 | | 70,018.50 |
| 05/28/10 | | Transfer to Acct #*******1680 | Final Posting Transfer | | 70,018.50 | 0.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| *******1509 | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 70,000.00 | 0 | Checks | 0.00 |
| | 7 | Interest Postings | 18.50 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 70,018.50 |
| | | Subtotal | $ 70,018.50 | | | |
| | | | | | Total | $ 70,018.50 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 70,018.50 | | | |

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 09-31575 -JCW
Case Name: FADELEY, EUGENE PARKER
FADELEY, MARGARET LOURINE
Taxpayer ID No: *******6240
For Period Ending: 11/03/10

Trustee Name: LARRY MICHAEL STILES
Bank Name: BANK OF AMERICA
Account Number: *******1680 Checking - Non Interest
Blanket Bond (per case limit): $ 800,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 05/28/10 | | Transfer from Acct #*******1509 | Transfer In From MMA Account | 70,018.50 | | 70,018.50 |

| Account *******1680 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| | | | | | Total | $ 0.00 |
| 0 | Adjustments In | | 0.00 | | | |
| 1 | Transfers In | | 70,018.50 | | | |
| | Total | $ | 70,018.50 | | | |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | |
| 1 | Deposits | | 70,000.00 | 0 | Checks | 0.00 |
| 7 | Interest Postings | | 18.50 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 70,018.50 |
| | Subtotal | $ | 70,018.50 | | | |
| | | | | | Total | $ 70,018.50 |
| 0 | Adjustments In | | 0.00 | | | |
| 1 | Transfers In | | 70,018.50 | | | |
| | Total | $ | 140,037.00 | | Net Total Balance | $ 70,018.50 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTRY

Case Number: 09-31575
Debtor Name: FADELEY, EUGENE PARKER

Page 1
Claim Class Sequence

Date: November 03, 2010

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 009<br>D02 | MARGARET LOURINE FADELEY<br>9304 BROOKHILL COURT<br>WAXHAW, NC 28173-9033 | Secured<br>Surplus Funds Paid To Debtor | $2,231.06 | $0.00 | $2,231.06 |
| 010<br>C01 | LARRY MICHAEL STILES, TRUSTEE<br>223 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | Administrative<br>Chapter 7 Trustee Commission | $6,639.33 | $0.00 | $6,639.33 |
| 010<br>E01 | LARRY MICHAEL STILES, TRUSTEE<br>223 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | Administrative<br>Chapter 7 Trustee Expenses | $25.00 | $0.00 | $25.00 |
| 010<br>C02 | JOHN W. TAYLOR, P.C.<br>13777 BALLANTYNE CORPORATE PLACE<br>SUITE 320<br>CHARLOTTE, NC 28277 | Administrative<br>Attorney for the Trustee<br>Final Legal Fees & Expenses | $2,576.75 | $0.00 | $2,576.75 |
| 010<br>C03 | LARRY M. STILES, CPA, DABFA , CIRA , CVA<br>223 EAST BOULEVARD<br>CHARLOTTE, NC 28203 | Administrative<br>Accountant for the Trustee<br>Final Fees & Expenses | $285.00 | $0.00 | $285.00 |
| 000001<br>050<br>U01 | American Express Centurion Bank<br>c/o Becket and Lee LLp<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(1-1) Account Number (last 4 digits):1008 | $15,095.77 | $0.00 | $15,095.77 |
| 000002<br>050<br>U01 | American Express Centurion Bank<br>c/o Becket and Lee LLp<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>The Trustee objects to this claim inasmuch as it is not a valid claim against the bankruptcy estate of Margaret Lourine Fadeley but an individual debt of Eugene Parker Fadeley, deceased.<br>(2-1) Account Number (last 4 digits):2002<br>ORDER SUSTAINING TRUSTEE'S OBJECTION ENTERED 2-1-2010 | $0.00 | $0.00 | $0.00 |
| 000003<br>050<br>U01 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>(3-1) Account Number (last 4 digits):9700 | $7,843.83 | $0.00 | $7,843.83 |
| 000004<br>050<br>U01 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>(4-1) Account Number (last 4 digits):7857 | $13,502.59 | $0.00 | $13,502.59 |
| 000005<br>050<br>U01 | Chase Bank USA N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured<br>(5-1) Account Number (last 4 digits):2483 | $10,031.50 | $0.00 | $10,031.50 |
| 000006<br>050<br>U01 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>The Trustee objects to this claim inasmuch as it is not a valid claim against the bankruptcy estate of Margaret Lourine Fadeley but an individual debt of Eugene Parker Fadeley, deceased.<br>(6-1) Account Number (last 4 digits):8285<br>ORDER SUSTAINING TRUSTEE'S OBJECTION ENTERED 2-1-2010 | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTRY

Case Number: 09-31575
Debtor Name: FADELEY, EUGENE PARKER

Page 2
Claim Class Sequence

Date: November 03, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>050<br>U01 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | (7-1) Account Number (last 4 digits):0967 | $57.84 | $0.00 | $57.84 |
| 000008<br>050<br>U01 | FIA Card Services, N.A. as successor in<br>American InfoSource LP as agent for<br>FIA Card Services, NA/Bank of<br>America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Joint debt of Margaret Lourine Fadeley & Eugene Parker Fadeley, deceased.<br>8-1) Account Number (last 4 digits):7834 | $10,838.82 | $0.00 | $10,838.82 |
| 000009<br>050<br>U01 | GE Money Bank dba SAM'S CLUB<br>Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | (9-1) Account Number (last 4 digits):1284 | $222.83 | $0.00 | $222.83 |
| 000010<br>050<br>U01 | GE Money Bank dba CHEVRON<br>TEXACO PLCC<br>Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | (10-1) Account Number (last 4 digits):6575 | $182.42 | $0.00 | $182.42 |
| | Case Totals: | | | $69,532.74 | $0.00 | $69,532.74 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-31575
Case Name: FADELEY, EUGENE PARKER
FADELEY, MARGARET LOURINE
Trustee Name: LARRY MICHAEL STILES

Balance on hand $ 70,018.50

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LARRY MICHAEL STILES | $ 6,639.33 | $ 0.00 | $ 6,639.33 |
| Trustee Expenses: LARRY MICHAEL STILES | $ 25.00 | $ 0.00 | $ 25.00 |
| Attorney for Trustee Fees: JOHN W. TAYLOR, P.C. | $ 2,489.00 | $ 0.00 | $ 2,489.00 |
| Attorney for Trustee Expenses: JOHN W. TAYLOR, P.C. | $ 87.75 | $ 0.00 | $ 87.75 |
| Accountant for Trustee Fees: LARRY M. STILES, CPA, DABFA , CIRA , CVA | $ 285.00 | $ 0.00 | $ 285.00 |

Total to be paid for chapter 7 administrative expenses $ 9,526.08

Remaining Balance $ 60,492.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,775.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 15,095.77 | $ 0.00 | $ 15,095.77 |
| 000002 | American Express Centurion Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank/DFS Services LLC | $ 7,843.83 | $ 0.00 | $ 7,843.83 |
| 000004 | Discover Bank/DFS Services LLC | $ 13,502.59 | $ 0.00 | $ 13,502.59 |
| 000005 | Chase Bank USA N.A. | $ 10,031.50 | $ 0.00 | $ 10,031.50 |
| 000006 | PYOD LLC its successors and assigns | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | PYOD LLC its successors and assigns | $ 57.84 | $ 0.00 | $ 57.84 |
| 000008 | FIA Card Services, N.A. as successor in | $ 10,838.82 | $ 0.00 | $ 10,838.82 |
| 000009 | GE Money Bank dba SAM'S CLUB | $ 222.83 | $ 0.00 | $ 222.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | GE Money Bank dba CHEVRON TEXACO PLCC | $ 182.42 | $ 0.00 | $ 182.42 |

Total to be paid to timely general unsecured creditors $ 57,775.60

Remaining Balance $ 2,716.82

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.6 % pursuant to 11 U.S.C. § 726(a)(5). Fund available for interest are $ 485.76 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,231.06 .

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a copy of the TRUSTEE'S FINAL REPORT (TFR) by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the below listed parties this 3rd day of November, 2010.

David R. Badger, Attorney for Debtors Via Electronic Case Filing

Linda W. Simpson, Bankruptcy Administrator Via Electronic Case Filing

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Chapter 7 Trustee
13777 Ballantyne Corporate Place, Suite 320
Charlotte, NC 28277
704-540-3622