# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:

| | |
|---|---|
| **EUGENE PARKER FADELEY** | **Chapter:** 7 |
| **MARGARET LOURINE FADELEY** | **Case No.:** 09-31575 |

SSN:  xxx-xx-9627
SSN:  xxx-xx-6289

<u>**Debtors.**</u>

## OBJECTION TO TRUSTEE'S FINAL REPORT

Margaret Lourine Fadeley ("Debtor"), through undersigned counsel, objects to the Final Report filed by Larry M. Stiles, Chapter 7 Trustee on November 3, 2010, and in support thereof incorporates Debtor's Motion to Amend Exemption filed November 22, 2010 (docket entry #38 ), proposed Amended Schedule C filed November 22, 2010 (docket entry # 39) and Memorandum of Law in Support of Debtor's Motion to Amend Exemption (docket entry #40).

Dated: _____

                                                   David R. Badger
                                                 N.C. State Bar #156
                                                 Arathi P. Nobles
                                                 N.C. State Bar #35480
                                                 Attorneys for Debtor
                                                 DAVID R. BADGER, P.A.
                                                 2108 South Boulevard
                                                 Suite 118 Atherton Lofts
                                                 Charlotte, North Carolina  28203
                                                 Telephone:     (704) 375-8875
                                                 Facsimile:      (704) 375-8835

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**IN RE:**

| | |
|---|---|
| **Eugene Parker Fadeley** | **Chapter:** 7 |
| **Margaret Lourine Fadeley** | **Case No.:** 09-31575 |

SSN:  xxx-xx-9627
SSN:  xxx-xx-6289

**Debtors.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this date served a copy of the **Objection to Trustee's Final Report** upon all parties listed below and per attached matrix by placing same in the U.S. Postal Service, postage prepaid and addressed as follows:

Margaret Lourine Fadeley
4807 Old Spice Lane
Charlotte, NC 28227

The undersigned further certifies that he has this date served a copy of the **Objection to Trustee's Final Report** on all parties listed below by electronic case filing:

Bankruptcy Administrator
Larry Stiles, Trustee
John Taylor, Attorney for Trustee

Date:_____

                                                  David R. Badger
N.C. State Bar #156
Arathi P. Nobles
N.C. State Bar #35480
DAVID R. BADGER, P.A.
Attorneys for Defendant
2108 South Boulevard
Suite 118 Atherton Lofts
Charlotte, North Carolina  28203
Telephone:       (704) 375-8875
Facsimile:         (704) 375-8835

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 09-31575<br>Western District of North Carolina<br>Charlotte<br>Tue Nov 23 17:30:10 EST 2010 | U.S. Bankruptcy Administrator<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1673 | United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1675 |
| Charlotte Division<br>P.O. Box 34189<br>Charlotte, NC 28234-4189 | AT&T Universal Card<br>P.O. Box 44167<br>Jacksonville, FL  32231-4167 | American Express<br>Customer Service<br>P.O. Box 981535<br>El Paso, TX  79998-1535 |
| American Express<br>P.O. Box 53852<br>Phoenix, AZ  85072-3852 | American Express Centurion Bank<br>c/o Becket and Lee LLp<br>POB 3001<br>Malvern, PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Bank Of America<br>FIA Card Services Bankruptcy Department<br>4161 Piedmont Pkwy., NC4-105-03-14<br>Greensboro, NC 27410-8110 | Bank Of America<br>P.O. Box 15026<br>Wilmington, DE  19850-5026 | Bank Of America<br>Pob 17054<br>Wilmington, DE 19884-0001 |
| Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Chase<br>P.O. Box 15298<br>Wilmington, DE  19850-5298 | Chase<br>P.O. Box 15299<br>Wilmington, DE  19850-5299 |
| Chase Bank USA N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chevron<br>P.O. Box 530950<br>Atlanta, GA  30353-0950 | Citgo Credit Card Center<br>P.O. Box 689095<br>Des Moines, IA  50368-9095 |
| Citgo/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibusiness Card<br>P.O. Box 44180<br>Jacksonville, FL  32231-4180 | City County Tax Collector<br>Mecklenburg County<br>P.O. Box 31457<br>Charlotte, NC 28231-1457 |
| City Of Charlotte<br>Billing Center<br>P.O. Box 33831<br>Charlotte, NC  28233-3831 | City Of Charlotte Attorney's Office<br>600 East Fourth Street<br>Charlotte, NC 28202-2816 | City Of Charlotte Revenue Department<br>P.O. Box 31032<br>Charlotte, NC  28231-1032 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Exxmblciti<br>Po Box 103104<br>Roswell, GA 30076-9104 | Exxmblciti<br>Po Box 981400<br>El Paso, TX 79998-1400 | Exxon Mobil<br>Credit Card Center<br>P.O. Box 688940<br>Des Moines, IA  50368-8940 |

FIA Card Services, N.A. as successor in
American InfoSource LP as agent for
FIA Card Services, NA/Bank of America
PO Box 248809
Oklahoma City, OK 73124-8809

First Citizens Bank
P.O. Box 1580
Roanoke, VA  24007-1580

GE Money Bank
Attn: Chevron/Texaco Card Svcs.
P.O. Box 981430
El Paso, TX  79998-1430

GE Money Bank dba CHEVRON TEXACO PLCC
Recovery Management Systems Corporation
For GE Money Bank
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

GE Money Bank dba SAM'S CLUB
Recovery Management Systems Corporation
For GE Money Bank
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Gemb/chevron
4125 Windward Plz
Alpharetta, GA 30005-8738

Gemb/chevron
ATTENTION: BANKRUPTCY
Po Box 103106
Roswell, GA 30076-9106

Gemb/sams Club
Po Box 981400
El Paso, TX 79998-1400

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

John Bramlett
Bankruptcy Administrator
402 West Trade Street, Suite 200
Charlotte, NC 28202-1673

Lexus Financial Services
Mail Drop L201
P.O. Box 2991
Torrance, CA  90509-2991

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

NC Department Of Revenue
5111 Nations Crossing Road, Building 8
Charlotte, NC 28217-2126

NC Department Of Revenue
Office Services Division Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

PYOD LLC its successors and assigns
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Sam's Club
P.O. Box 981064
El Paso, TX  79998-1064

US Attorneys Office
1700 Carillon
227 West Trade Street
Charlotte, NC 28202-1675

Unvl/citi
Po Box 6241
Sioux Falls, SD 57117-6241

David R. Badger
DAVID R. BADGER, P.A.
Suite 118, Atherton Lofts
2108 South Boulevard
Charlotte, NC 28203-5043

Eugene Parker Fadeley
9304 Brookhill Court
Waxhaw, NC 28173-9033

Larry Michael Stiles
Chapter 7 Trustee
223 East Blvd.
Charlotte, NC 28203-4719

Margaret Lourine Fadeley
4807 Old Spice Lane
Charlotte, NC 28277-8646

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover
P.O. Box 30943
Salt Lake City, UT  84130-0943

Internal Revenue Service
Attention: Insolvency Unit
320 Federal Place, Room 335
Greensboro, NC  27401

(d)Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326

(d)Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Lexus Financial Services
P.O. Box 571339
Pittsburgh, PA  15250-7339

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Larry M. Stiles

End of Label Matrix
Mailable recipients   52
Bypassed recipients    1
Total                 53